UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-cr-00093-D

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MORGAN HERNANDEZ | ORDER TO SEAL |

On motion of the Defendant, Morgan Hernandez, and for good cause shown, it is hereby

ORDERED that **DE 65** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __3__ day of March, 2026.

JAMES C. DEVER III
United States District Judge