UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-cr-00093-D

UNITED STATES OF AMERICA

v.

MORGAN HERNANDEZ

ORDER TO SEAL

On motion of the Defendant, Morgan Hernandez, and for good cause shown, it is hereby

ORDERED that **DE 79** be sealed until further notice by this Court.

IT IS SO ORDERED.

This _28_ day of July, 2026.

_____
JAMES C. DEVER III
United States District Judge